1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11  RICKY NOLAN,                         )
                                        )
12          Petitioner,                 )        3: 09-cv-0188-RCJ-RAM
                                        )
13  vs.                                 )
                                        )        **ORDER**
14  JACK PALMER, *et al.*,              )
                                        )
15          Respondents.                )
                                        ) /
16  _____

17          This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a

18  state prisoner, is proceeding *pro se*.  On October 20, 2010, respondents filed a motion for an

19  extension of time to file their response to the petition.  (Docket #55.)  Good cause appearing,

20  respondents' motion is **GRANTED**.  Respondents are granted to and including November 19, 2010,

21  to file their response.

22          On October 12, 2010, and on November 3, 2010, petitioner filed motions seeking a ruling on

23  his "claims deemed barred/unanswered."  (Docket #54, #58.)  These motions seek a ruling on the

24  merits of petitioner's claims before respondents have filed their answer.  These motions are therefore

25  **DENIED.**

26          On November 4, 2010, petitioner filed a motion for an extension of time to respond to

1    respondents' motion for an extension of time to file their response to the petition. (Docket #59.)   A

2    motion for an extension of time is an *ex parte* motion to which petitioner has no right to respond.

3    Petitioner's motion is **HEREBY DENIED**.

4

5          DATED this 29th  day of _____November_____, 2010.

6

7

8          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26