

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKY NOLAN, | |
|     Petitioner, | 3: 09-cv-0188-RCJ-RAM |
| vs. | **ORDER** |
| JACK PALMER, *et al.*, | |
|     Respondents. | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* On December 6, 2010, petitioner filed a motion for appointment of counsel for investigative purposes. (Docket #66.) Petitioner's motion is **DENIED** for the reasons previously stated in this court's orders of January 27, 2010, and September 20, 2010.

On December 6, 2010, petitioner filed a motion for "recusal" of Deputy Attorney General Dennis Wilson. (Docket #67.) This motion is **DENIED** as without legal basis.

On December 8, 2010, petitioner filed a motion entitled, "Extension of Time/Denial of Right to Respond by District court Failure to Serve Petitioner In a Timely Fashion by Attorney Office." (Docket #68.) In this document, petitioner apparently seeks an extension of time to file his reply to respondents' answer filed November 19, 2010. Petitioner's motion is **GRANTED** and petitioner is

granted to and including January 15, 2011, to file his reply.

DATED this 10th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

2