**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RICKY NOLAN, | ) | |
| | ) | |
| Petitioner, | ) | 3:09-cv-00188-RCJ-RAM |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JACK PALMER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | / | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* Petitioner has filed a motion for status check. (ECF No. 99.) The court advises petitioner that his petition is fully briefed on the merits. The court will issue a ruling on the petition in due course. Accordingly, petitioner's motion for status check is **HEREBY GRANTED**.

Dated this 9th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE