AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

RICKY NOLAN,

      Petitioner,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:09-CV-0188-RCJ-WGC**

JACK PALMER, *et al.*,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the amended petition for a writ of habeas corpus (ECF No. 14) is **DENIED IN ITS ENTIRETY**.

    **IT IS FURTHER ORDERED** that petitioner is **GRANTED A CERTIFICATE OF APPEALABILITY** on the following issues:

(1) Whether the trial court's admission of Weishaar's posthypnotic testimony was constitutional error;
(2) If the trial court's admission of Weishaar's posthypnotic testimony was constitutional error, whether the error was harmless; and
(3) Whether petitioner's convictions for sexual assault and first-degree kidnapping from the Weishaar Trial are supported by sufficient evidence.

 September 28, 2012                       **LANCE S. WILSON**
                                                                                 Clerk

                                                                     /s/ Jennifer Cotter
                                                                     Deputy Clerk